UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/8/2021____
```

-----------------------------------------------------------------------X
:
STEVEN M. WASHBURN,                                                   :
:
                                   Plaintiff,                        :
:
                  -v-                                                :          21-cv-00390 (LJL)
:
                                                                      :          ORDER OF SERVICE AND
COMMISSIONER OF SOCIAL SECURITY; SOCIAL           :          SCHEDULING ORDER
SECURITY ADMINISTRATION,                                             :
:
                                   Defendants.                      :
X
------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

         The Clerk of Court shall notify the U.S. Attorney's Office for the Southern District of
New York of the filing of this pro se case, brought under 42 U.S.C. § 405(g), for which the filing
fee has been waived.

         In accordance with the Standing Order "Motions for Judgment on the Pleadings in Social
Security Cases," 16-MC-0171 (Apr. 20, 2016):

         Within 90 days of the date of this Order, the Commissioner must serve and file the
Electronic Certified Administrative Record (e-CAR), which will constitute the Commissioner's
answer, or otherwise move against the complaint.

         If the Commissioner wishes to file a motion for judgment on the pleadings, the
Commissioner must do so within 60 days of the date on which the e-CAR was filed. The motion
must contain a full recitation of the relevant facts and a full description of the underlying
administrative proceeding.

         Plaintiff must file an answering brief within 60 days of the filing of the Commissioner's
motion. The Commissioner may file a reply within 21 days thereafter.


         SO ORDERED.


Dated: February 8, 2021                                    _____
       New York, New York                                           LEWIS J. LIMAN
                                                                  United States District Judge