UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   02/22/2022
```

STEVEN M. WASHBURN,

                Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

21-CV-390 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff's opposition to defendant's motion for judgment on the pleadings, along with his cross-motion, if any, were due on February 11, 2022. (Dkt. No. 20.) Plaintiff has not filed any responsive papers. Therefore, the Court, *sua sponte*, EXTENDS plaintiff's time to file his opposition and cross-motion, if any, to **March 8, 2022**. Defendant shall file reply papers, if any, no later than **March 29, 2022.**

Dated: New York, New York
       February 22, 2022

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**