```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
STEVEN M. WASHBURN,                                              :
                                                                 :
                        Plaintiff,                               :
                                                                 :           21-cv-390 (LJL)
             -v-                                                 :
                                                                 :              ORDER
COMMISSIONER OF SOCIAL SECURITY,                                 :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2022

LEWIS J. LIMAN, United States District Judge:

On June 17, 2022, Magistrate Judge Jones issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for judgment on the pleadings, deny the Commissioner's motion for judgment on the pleadings, and remand the case for further proceedings under sentence four of section 405(g) of the Social Security Act. Dkt. No. 30. Magistrate Judge Jones advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error

and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety, GRANTS Plaintiff's motion for judgment on the pleadings, DENIES the Commissioner's motion for judgment on the pleadings, and REMANDS the matter for further proceedings under sentence four of section 405(g) of the Social Security Act.

The Clerk of Court is respectfully directed to close Dkt. No. 21.

SO ORDERED.

Dated: July 11, 2022
      New York, New York

                    LEWIS J. LIMAN
                    United States District Judge