# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STEVEN M. WASHBURN,

                Plaintiff,                21 **CIVIL** 390 (LJL)

   -v-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 11, 2022, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none, the Report and Recommendation is ADOPTED in its entirety, Plaintiff's motion for judgment on the pleadings is GRANTED, the Commissioner's motion for judgment on the pleadings is DENIED, and the matter is REMANDED for further proceedings under sentence four of section 405(g) of the Social Security Act.

**Dated:**  New York, New York
         July 11, 2022

                                                             **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                                       **BY:**    *K. Mango*

                                                                    **Deputy Clerk**